# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHAROTTE DIVISION
# 3:13-CV-00281-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDMENT TO |
| ) | CASE MANAGEMENT ORDER |
| $63,289.00 IN UNITED STATES ) | |
| CURRENCY ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court sua sponte. The Case Management Order in this case, (Doc. No. 8) is hereby amended as follows: there is no longer a requirement for initial pretrial disclosures by the parties. Also, the Court notes that the Case Management Order was issued without an Initial Attorney's Conference ("IAC") taking place. Owing to the nature of this case, in which other parties may still file claims, an IAC is not necessary.

IT IS SO ORDERED.

Signed: July 22, 2013

Frank D. Whitney
Chief United States District Judge